UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
Charlotte DIVISION
DOCKET NO. 3:19-cv-00604-FDW-DSC

| | |
|---|---|
| Garry Michael Davis, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | ORDER |
| ) | |
| CCRx of North Carolina, LLC, ) | |
| ) | |
| Defendant. ) | |

TAKE NOTICE that a pretrial conference in this matter will be held on Monday, October 19, 2020, at 9:00 a.m. in Courtroom #2-1 of the Charles R. Jonas Building, 401 W. Trade Street, Charlotte, North Carolina, 28202.[1] The parties' joint pretrial submissions are required under the Case Management Order (Doc. No. 5) shall be due by Monday, October 12, 2020.

IT IS SO ORDERED.

Signed: September 28, 2020

Frank D. Whitney
United States District Judge

---

[1] The Court will notify counsel closer to the date of the pretrial conference whether it will be conducted in person or virtual.